UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WESLEY O. KIRKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV413-232 |
| NASSAU COUNTY POLICE DEPT., PROBATION DEPT., FORT BENNING, GEORGIA, KELLY HILL, and NASSAU COUNTY POLICE 1ST PRECINCT, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Wesley Kirkland has filed a civil rights complaint against organizations and people in Nassau County, New York and Fort Benning, Georgia.[1] (Doc. 1.) He has not included any information in the "Statement of Claim" portion of his form complaint, but in the "Relief" section he states that he needs to check the status of another civil rights complaint on the same facts filed in New York and to "investigate the 3rd infantry division who is using a false micro-phsychiatric [sic]

---

[1] He also moves to proceed *in forma pauperis*. (Doc. 2.) For present purposes, the Court accepts that Kirkland lacks the capacity to pay the Court's filing fee, despite his failure to particularize the motion, and it thus **GRANTS** his motion to proceed *in forma pauperis*. (Doc. 2.)

investigation on me for a child molestation investigation on me in Nassua [sic] County Police Department is also included in and people as well as inmates in the state prison system is being killed through conspiracy. Please ASAP file this with any and every federal organization possible, for my life and others are in <u>danger</u>. ASAP. Please." (*Id.* at 5 (emphasis in original).)

In a follow-up "continued complaint," he adds, *inter alia*, that restaurants in the Abercorn area of Savannah, Georgia, are using "blood thinner," and that hospitals are refusing to treat him and hiding the fact that he is "transgendered and was pregnant." (Doc. 4.) He also claims that he is being harassed by families in various parts of Georgia "through microphones and cameras." (*Id.*)

This case must be dismissed, as it contains only fantastic and fanciful allegations that are patently frivolous. *See Ashcroft v. Iqbal*, 556 U.S. 662, 696 (2009) ("The sole exception to this rule [that a court must accept a complaint's allegations as true, no matter how skeptical the court may be] lies with allegations that are sufficiently fantastic to defy reality as we know it: claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel."); *see also Denton v.*

2

*Hernandez*, 504 U.S. 25, 32 (1992) (a federal court may dismiss a complaint under 28 U.S.C. § 1915 whose factual contentions describe "fantastic or delusional scenarios, claims with which federal judges are all too familiar"). The Court may dismiss such complaints *sua sponte.* *See Gallop v. Cheney*, 642 F.3d 364, 366, 368-69 (2d Cir. 2011) (district court permitted to dismiss *sua sponte* complaint as factually frivolous where plaintiff, represented by counsel, filed complaint alleging that senior U.S. government officials caused the September 11, 2001 attacks). As Kirkland's allegations clearly have no basis in reality, his complaint is factually frivolous and therefore must be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 4th day of November, 2013.

*/s/ M. Smith*
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

3