IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WESLEY O. KIRKLAND,           )
                              )
        Plaintiff,            )
                              )
v.                            )          CASE NO. CV413-232
                              )
NASSAU COUNTY POLICE DEPT.;   )
PROBATION DEPT.; FORT         )          U S DISTRICT COURT
BENNING, GEORGIA; KELLY HILL; )          Southern District of Ga.
and NASSAU COUNTY POLICE      )          Filed in Office
FIRST PRECINCT;               )                          M
                              )          _____
        Defendants.           )          11/27 2013
_____)          _____
                                         Deputy Clerk

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 8), to which no objections have been filed.
After a careful de novo review of the record in this case, the
Court concurs with the report and recommendation. Accordingly,
the report and recommendation is **ADOPTED** as the Court's opinion
and this case is hereby **DISMISSED** as frivolous. The Clerk of
Court is **DIRECTED** to close this case.

SO ORDERED this _27th_ day of November 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA